UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa A. Gruss | Bank. No: 25-12540 |
| Debtor | Chapter 7 |
| Debtors | |

# PRAECIPE TO WITHDRAW REAFFIRMATION AGREEMENT

**TO THE CLERK**:

Kindly withdraw the Debtor's Reaffirmation Agreement and Cover Sheet for Trumark Financial Credit Union  - Document #12 as it was filed in error.

S/Diana M. Dixon, Esq.
**Diana M. Dixon, Esq.**
**107 N. Broad Street**
**Suite 307**
**Doylestown, PA  18901**